UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY C. HAYES,

                            Plaintiff,

             -against-

JOHN DOE/LANDLORD,

                         Defendant.

23-CV-9713 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 15, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    April 15, 2024
               New York, New York

                                     /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                             Chief United States District Judge